WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>            Plaintiff,        )<br>                                          )<br>vs.                                    )<br>                                          )<br>Dustin Owen Setoyant,        )<br>            Defendant.        )<br>_____) | CR 08-00498-01-PHX-NVW<br><br>**ORDER** |

    A pretrial revocation hearing on the Petition to Revoke Conditions of Release was held on August 19, 2008.

    **THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

    **THE COURT FURTHER FINDS** that by clear and convincing evidence that the Defendant has violated the terms and conditions of his release.

    **THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by all conditions or combination of conditions of release if Defendant were released.

1     **IT IS ORDERED** that the Defendant shall remain detained pending further order of
2 the court.

3     DATED this 26th day of August, 2008.

                                          Lawrence O. Anderson
                                         United States Magistrate Judge